IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LARRY J. STOKES                                                                PLAINTIFF

V.                                                       CIVIL ACTION NO. 1:16-CV-152-SA-DAS

CAPTAIN D'S, LLC,
STORE MASTER FUNDING I, LLC, and
SHN PROPERTIES, LLC                                                       DEFENDANTS

ORDER

Now before the Court is the Defendants' Motion for Partial Summary Judgment [84] requesting that the Court dismiss Plaintiff Stokes' claim for punitive damages. Plaintiff Stokes filed a Response [88], and the Defendants filed a Reply [92] making this issue ripe for review.

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Defendants' Motion for Partial Summary Judgment [84] is denied without prejudice.

So ORDERED on this the 5th day of September, 2017.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT COURT JUDGE