UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LARRY STOKES,
Plaintiff

v.   CIVIL ACTION NO. 1:16-CV-152-SA-DAS

CAPTAIN D's LLC, STORE MASTER
FUNDING I, LLC, and SHN PROPERTIES, LLC
Defendants

### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is hereby dismissed with prejudice, with each party bearings its own costs.

SO ORDERED AND ADJUDGED, this the 14TH day of May, 2018.

_____
HONORABLE SHARION AYCOCK
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
David Owen, Esq., MS Bar # 3963
*Attorney for Larry D. Stokes*

_____
Wilton V. Byars, III, Esq., MS Bar #9335
*Attorney for Defendants*

{D0959309.1}
D0959309.1